# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: FRANCISCO MORALES, JR. & ANDREA L. MORALES  Case Number: 07-72004
9518 CINCINNATI DRIVE  SSN-xxx-xx-2781 & xxx-xx-5747
MACHESNEY PARK, IL 61115

Case filed on: 8/23/2007
Plan Confirmed on: 2/15/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,750.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 783.78 | 783.78 | 0.00 | 0.00 |
|  | Total Priority | 783.78 | 783.78 | 0.00 | 0.00 |
| 999 | FRANCISCO MORALES, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 9,303.84 | 9,303.84 | 317.80 | 0.00 |
| 003 | U-SELL WE BUY ENTERPRISES, IC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | U-SELL WE BUY ENTERPRISES, IC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WACHOVIA DEALER SERVICES | 7,995.85 | 7,995.85 | 1,475.16 | 839.48 |
| 020 | U-SELL WE BUY ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,299.69 | 17,299.69 | 1,792.96 | 839.48 |
| 002 | DAIMLERCHRYSLER FINANCIAL SERVICES | 4,644.41 | 4,644.41 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 185.95 | 185.95 | 0.00 | 0.00 |
| 007 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS COLLECTION BUREAU | 2,747.73 | 2,747.73 | 0.00 | 0.00 |
| 012 | CREDITORS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | IC SYSTEM INC o/b/o METRO MEDICAL SERVIC | 81.98 | 81.98 | 0.00 | 0.00 |
| 014 | KEYNOTE CONSULTING | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LEGAL HELPERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 110.58 | 110.58 | 0.00 | 0.00 |
| 017 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PELLETTIERI & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SHORT TERM LOANS LLC | 519.75 | 519.75 | 0.00 | 0.00 |
| 021 | PORTFOLIO RECOVERY ASSOCIATES | 441.08 | 441.08 | 0.00 | 0.00 |
| 022 | PORTFOLIO RECOVERY ASSOCIATES | 210.92 | 210.92 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 190.05 | 190.05 | 0.00 | 0.00 |
| 024 | SHORT TERM LOANS LLC | 198.25 | 198.25 | 0.00 | 0.00 |
| 025 | IC SYSTEM INC o/b/o METRO MEDICAL SERVIC | 845.00 | 845.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,175.70 | 10,175.70 | 0.00 | 0.00 |
|  | Grand Total: | 30,959.17 | 30,959.17 | 4,492.96 | 839.48 |

Total Paid Claimant: $5,332.44
Trustee Allowance: $417.56
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009    By /s/Heather M. Fagan